```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 47397
   ERIC H SELIN
   JEANETTE I SELIN                          CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-9884     SSN XXX-XX-5414
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/05 and confirmed on 12/27/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 57780.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 5638.59 | 252.47 | 5638.59 |
| BECKET & LEE LLP | UNSECURED | 9536.17 | .00 | 4995.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9700.58 | .00 | 5081.46 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11293.02 | .00 | 5915.63 |
| CAPITAL ONE BANK | UNSECURED | 15065.44 | .00 | 7891.74 |
| CAPITAL ONE BANK | UNSECURED | 5264.31 | .00 | 2757.61 |
| SMC | UNSECURED | 736.69 | .00 | 385.90 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8566.50 | .00 | 4487.40 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 15891.78 | .00 | 8324.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5801.34 | .00 | 3038.92 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 275.49 | .00 | 144.31 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MEYERS | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 1919.34 | .00 | 1005.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7426.87 | .00 | 3890.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1499.83 | .00 | 785.66 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 837.83 | .00 | 438.88 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 958.71 | .00 | 502.20 |

Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5638.59           .00     94773.90           .00     100412.49
PRINCIPAL PAID       5638.59           .00     49645.49           .00      55284.08
INTEREST PAID         252.47           .00          .00           .00        252.47
TOTAL PAID           5891.06           .00     49645.49           .00      55536.55
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00 and was paid $       .00 .

The Trustee received $   2243.45 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE